UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-94 (DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY JAMES KAZMIERCZAK | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derek Fossi, being first duly sworn, hereby depose and state as follows:

Introduction And Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since March 2024.  I am currently assigned to the FBI's Minneapolis Field Office as part of the Violent Crime Task Force.  My primary responsibilities include the investigation of various federal violent crimes in Minnesota.  As a Special Agent, I have personally investigated and/or assisted with the investigations of a variety of crimes including assaulting, interfering or impeding officers and employees of the federal government during the official performance of their duties.

2.      This Affidavit is submitted in support of a criminal Complaint alleging that, on or about January 27, 2026, Anthony James KAMIERCZAK (YOB 1970), forcibly assaulted, opposed, impeded, intimidated, and interfered with United States Representative Ilhan Omar, an officer or employee of the United States or of any agency in any branch of the United States Government, i.e., a person designated in section 1114, while Representative Omar engaged in and on account of

Representative Omar's performance of official duties, all in violation of 18 U.S.C. § 111(a)(1) ("the Subject Offense").

3.    The facts set forth in this Affidavit are based on my own personal knowledge of the investigation, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This Affidavit, however, is intended to show only that there is sufficient probable cause to support the charge alleged in the Complaint and does not set forth all of my or the government's knowledge about this matter.

4.    Based on my training and experience and the totality of the facts and circumstances set forth in this Affidavit, and the reasonable inferences therefrom, Your Affiant has probable cause to believe that KAMIERCZAK committed the Subject Offense.

## FACTS SUPPORTING PROBABLE CAUSE

### Background

5.    On the evening of January 27, 2026, Representative Omar was conducting an official town hall at 2100 Plymouth Avenue N, Minneapolis, Minnesota, when KAMIERCZAK, who was seated in the audience in attendance at the town hall, stood up and quickly approached her at the front of the room, where Representative Omar was speaking. KAMIERCZAK had a syringe in his hand and

2

as he continued to rapidly approach Representative Omar, he sprayed her with an initially unidentified liquid from the syringe. According to Representative Omar, the liquid stained her clothes, and may have reached her face and right eye. As he sprayed her, KAMIERCZAK gestured at Representative Omar and shouted at her before turning away and being brought to the floor by two security officers who rushed to Representative Omar's aid.

6.      The town hall meeting was temporarily disrupted and delayed. Representative Omar, though visibly shaken, continued with the town hall and later posted on X that she was okay.

7.      Minneapolis Police Department Officers (MPD) responded to the scene and arrested and booked KAMIERCZAK at the Hennepin County Jail on charges of Third-Degree Assault.

8.      A photo of the syringe and liquid used by KAMIERCZAK and taken into evidence by MPD is depicted below:



### Identification of Substance in Syringe

9. According to an officer with the MPD, a Hazmat Specialist with the North Metro Chemical Assessment Team field tested the substance from the syringe and determined it was water and apple cider vinegar. The substance was sent to a state laboratory for further testing and analysis.

10. An MPD Detective Sergeant reviewed Body Worn Camera footage of MPD's arrest of KAMIERCZAK. The detective noted that KAMIERCZAK made a spontaneous utterance to the effect of "I squirted vinegar" at the time he was being arrested.

### Statements Made by KAMIERCZAK to Representative Omar During the Incident

11. Various videos capturing KAMIERCZAK's assault of Representative Omar were posted on social media. According to one video of the assault obtained by the Washington Post, KAMIERCZAK stands and rapidly approaches Representative Omar immediately after she calls on U.S. Department of Homeland Security (DHS) Secretary Kristi Noem to resign. After KAMIERCZAK sprays the liquid from the syringe on Representative Omar, she appears to flinch as the spray lands on her, and KAMIERCZAK begins to turn and walk away and appears to say, "She's not resigning. You're splitting Minnesotans apart."

### Statements Previously Made by KAMIERCZAK about Representative Omar

12. On January 28, 2026, Your Affiant interviewed a close associate of KAMIERCZAK. The person's full name and identity are known to Your Affiant. The person stated that several years ago, KAMIERCZAK was speaking to the person on

4

the phone about Representative Omar and said, "Somebody should kill that bitch,"
referring to Representative Omar.

13.    A post located by law enforcement on KAMIERCZAK's public-facing
Facebook from 10/31/2021 depicted the following related to Representative Omar.



## CONCLUSION

14.    Based on the totality of the facts and circumstances stated within this Affidavit, the reasonable inferences therefrom, and Your Affiant's training, experience, and knowledge of the investigation, Your Affiant has probable cause to believe that on or about January 27, 2026, KAMIERCZAK committed the Subject Offense.

Respectfully submitted,

Derek Fossi
Special Agent, FBI

SUBSCRIBED and SWORN before me,
by reliable electronic means (via Zoom and
box on USAfx) pursuant to Fed. R. Crim. P. 41(d)(3),
on January 28, 2026

DULCE J. FOSTER
United States Magistrate Judge
District of Minnesota