

7900 International Drive, Suite 300
Bloomington, MN 55425
952-858-7372
fossumlaw@gmail.com

April 10, 2026

**Hon. John F. Docherty**
Magistrate Judge, U.S. District Court, Warren Burger Courthouse, VIA ECF ONLY

RE: United States v.  Anthony James Kazmierczak, 26-CR-58 JNE/JFD

Dear Judge Docherty,

Please be advised that the parties have reached a settlement in this matter, and so we will not be filing motions.

The parties will make contact with Judge Erickson's Chambers to schedule a change of plea hearing.

Please feel free to contact me if there are any questions regarding this matter.

Sincerely,

*S/John Fossum*
John L. Fossum
**Attorney**