

7900 International Drive, Suite 300
Bloomington, MN 55425
952-858-7372
fossumlaw@gmail.com

May 7, 2026

**Magistrate Judge, John F. Docherty**
U.S. District Court, VIA ECF ONLY

RE: United States v. Anthony Kazmierczak, 26-cr-58

Dear Judge Docherty,

On April 10, 2026, the defense notified the court that we would not require a motions hearing and that a settlement had been reached.  (ECF 22).  On April 14, the court notified the parties that the scheduled motions hearing was cancelled and the parties were to withdraw their discovery motions prior to a change of plea. (ECF 23)

The defense hereby withdraws the motion for discovery filed in this case. (ECF 16).

Please feel free to contact me if there are any questions regarding this request.

Sincerely,

*S/John L. Fossum*

John L. Fossum
**Attorney for Anthony Kazmierczak**