

# U.S. Department of Justice

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN 55415* | |

May 7, 2026

***Via ECF***
The Honorable John F. Docherty
United States Magistrate Judge
Warren E. Burger Federal Courthouse
316 North Robert Street
Saint Paul, MN 55101

     Re:    ***United States v. Anthony James Kazmierczak***, 26-cr-58 (JNE/JFD)
            **Withdrawal of Government's Discovery Motion**

Dear Magistrate Judge Docherty:

In light of the pending change-of-plea hearing, and in accord with the Court's Order, the United States hereby provides notice that it is withdrawing its Motion for Discovery, filed on February 27, 2026, as ECF 15.

Sincerely,

DANIEL N. ROSEN
United States Attorney

/s/ *Benjamin Bejar*
BY:   BENJAMIN BEJAR
      Assistant United States Attorney
      District of Minnesota

cc:  John Fossum, Esq. (via ECF only)
     Counsel for Mr. Kazmierczak