# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ANTHONY JAMES KAZMIERCZAK,<br>Defendant. | **COURT MINUTES - CRIMINAL** |

| | |
|---|---|
| Case No: | 26-cr-58(1) (JNE/JFD) |
| Date: | May 7, 2026 |
| Court Reporter: | Renee Rogge |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 11:10 a.m. |
| Time Concluded: | 11:43 a.m. |
| Time in Court: | 33 Minutes |

Before JOAN N. ERICKSEN, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
For Plaintiff:    Benjamin Bejar, United States Attorney's Office
For Defendant:    John Fossum, CJA

PROCEEDINGS:
Parties appeared for a Change of Plea Hearing.

☒ **Change of Plea:**
  ☒ Guilty as to Count 1 of the Indictment.
  ☒ A Presentence Investigation and Report is requested.
  ☒ Defendant is remanded to the custody of the USM.

    s/LLT
Courtroom Deputy